[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT


No. 96-2259

JANICE R. PERRY,

Plaintiff, Appellant,

v.

NEW ENGLAND BUSINESS SERVICE, INC.,

Defendant, Appellee.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Richard G. Stearns, U.S. District Judge] 



Before

Torruella, Chief Judge, 
Campbell, Senior Circuit Judge, 
and Boudin, Circuit Judge. 



Janice R. Perry on brief pro se. 
Michael J. Pineault, Richard L. Alfred and Hill & Barlow on brief 
for appellee.



June 3, 1997


Per Curiam. Plaintiff brought an action against 

her employer under the American with Disabilities Act of

1990, 42 U.S.C. 12112(b)(5)(A), and Mass. Gen. L. ch. 151B,

alleging handicap discrimination in the employer's failure to

modify a restroom door. The district court granted summary

judgment on the ground that the evidence showed that neither

plaintiff nor her employer had realized at the time of

plaintiff's original request that a modification was needed

specifically to accommodate plaintiff's physical limitations.

Reviewing the judgment de novo, and reading the entire record 

in the light most favorable to plaintiff, see Grenier v. 

Cyanamid Plastics, Inc., 70 F.3d 667, 671 (1st Cir. 1995), we 

agree that there was insufficient summary judgment evidence

which would allow a reasonable jury to conclude that

plaintiff's employer discriminated against her by refusing to

reasonably accommodate known limitations related to her

disability. 

The court did not abuse its discretion in allowing

plaintiff's privately-retained counsel to withdraw from the

representation, nor in refusing to provide plaintiff with a

court-appointed substitute. Plaintiff was given sufficient

opportunity to seek new counsel. There is no merit to the

remaining assignments of error. 

The judgment is affirmed. See Loc. R. 27.1 

-2-